[No. 24820-4-II.  Division Two.  September 29, 2000.]

LANE J. WOLFLEY, *as Co-Personal Representative of the Estate of Michael W. Johnson,[†]Appellant*, v. J. EARL KERR, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-2-00208-8, George L. Wood, J., entered June 8, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 23449-1-II.  Division Two.  September 29, 2000.]

DENNIS FALK, *Appellant*, v. ARTHUR A. RIEDEL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 89-2-03647-2, Barbara D. Johnson, J., entered May 22, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 23775-0-II.  Division Two.  September 29, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN ANTHONY NIEMI, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-00484-5, Sergio Armijo, J., entered August 19, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

---

[†] Between the Memorandum Opinion and Order Re: Motion for Reconsideration and the Court of Appeals oral argument, appellant, Michael W. Johnson, died. An order dated July 17, 2000, substitutes Lane J. Wolfley, as co-personal representative of Johnson's estate.